U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
(Rev. 9/11/13) RECEIVED

OCT 2 3 2015

TONY R. MOORE, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Anthony Montecino

Plaintiff

Prisoner # 391199

VS.

Jerry Goodwin

Defendant

Civil Action No. __5:15-cv-2584 SecP__

Judge _____

Magistrate Judge _____

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.  **Previous Lawsuits**

a.  Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [ ✓ ]   No [ ]

b.  If your answer to the preceding question is "Yes," provide the following information.

1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

Western District

2.  Name the parties to the previous lawsuit(s):

Plaintiffs: Anthony Montecino

Defendants: Warden Lynn Cooper

3.  Docket number(s): ?

4.  Date(s) on which each lawsuit was filed: 2006-07

5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

? Not Pending (dismissed '07)

Page 1 of 4

*(Rev. 5/1/13)*

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐    No ☑

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

II.  a.  **Name of institution and address of current place of confinement:**

David Wade Corr. 670 Bell Hill Rd. 71040

b.  Is there a prison grievance procedure in this institution?

Yes ☑    No ☐

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☑    No ☐

2.  If you did not file an administrative grievance, explain why you have not done so.

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I went all the way to D.O.C. Secretary. 2nd step. There is no 3rd step!

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

a.  Plaintiff,  Anthony Montecino

Address  670 Bell Hill Rd. Homer, La. 71040

(Rev. 5/1/13)

b.  Defendant, __Warden Jerry Goodwin__, is employed as __Head Warden__ at __DWCC__.

Defendant, __Warden Rachal ?__, is employed as __Medical Warden__ at __DWCC__.

Defendant, __Paula Millwee__, is employed as __Medical Director__ at __DWCC__.

Additional defendants, __Pamela Hearn, John Fuller, Joel Williams, ⬛⬛ ⬛⬛.__

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

— SEE ATTACHMENTS —

(1)  Head Warden Jerry Goodwin is responsible for my health and well being and has been deliberately indifferent to my needs.

(2)  As Warden Rachal is over medical he should respond and investigate complaints of inadequate or denial of treatment. He has been deliberately indifferent.

(3)  Paula Millwee is the Medical director and will not compel Nurses and/or Doctors to provide adequate medical care. She has been and continues to be deliberately indifferent.

(4)  M.D. Pamela Hearn has refused to treat my chronic arthritis and is deliberately indifferent to my pain and suffering.

(5)  M.D. Fuller has also ignored my pleas and suffering and was present on 5-15-15 and did not even see me. Nurse Joel Williams accused me of cutting my penis and refused to respond to my pain, he has been malicious and deliberately indifferent to all of my sick call requests.

Page 3 of 4

add.
pg. 1 of 2

## "STATEMENT OF FACTS"

(6) I the Plaintiff, Anthony Montecino am currently housed at David Wade Correctional Center, and have been since February 27th 2015 and at all times revelant to the issues herein.

(7) I am a documented Chronic Clinic patient with High-blood pressure, Arthritis and Hepatitis C.

(8) Since arriving I have been unable to obtain adequate Medical treatment for my Chronic illnesses.

(9) On 5-15-15 I began having strong abdominal pains and at that time urinated blood. Since this date I have filled out numerous sick calls, in all I have about forty or More sick call requests.

(10) Nurse Joel williams continually disrespects me and says there is nothing wrong with me. He is very rude and deliberately and Maliciously denies me any access to the Doctor.

(11) I continue to urinate blood at times, and have even had bloody stools. My abdominal pains still continue. I have never been treated or sent to the hospital to see a specialist or be tested.

add.
pg. 2of2

"STATEMENT OF FACTS" cont.

The pain from my Rhuematoid Arthritis causes my hands and joints to swell and is excruciatingly painful. I am denied any relief from M.D. Pamela Hearn. I have been given ~~Ibuprofen~~ Ibuprofen three times since March.

I have written to Medical Director Paula Millwee who is aware of my conditions and she has done nothing about it.

I have written to Medical Warden Rachal and have never recieved a response.

I have written to Head Warden Jerry Goodwin and again No response.

I have copies of every sick call request and every letter written. My needs are being neglected and ignored.

Video evidence was also deliberately destroyed by someone under the authorization of Warden Jerry Goodwin. I have a copy of his statement. After the 5-15-15 incident I immediately requested that video footage be saved both in my immediate A.R.P., and a personal letter to Warden Jerry Goodwin.

Anthony Montecino
# 391199

*(Rev. 5/1/13)*

**V.   Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

"SEE ATTACHMENTS"

(1) All Defendants have and continue to act in both their official and Personal capacities. I am requesting declaratory, Injunctive, compensatory and punitive relief from/by each defendant as follows.

**VI.   Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___19th___ day of ___October___, 20 __15__ .

___391199___                          _____

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**         **Signature of Plaintiff**

Page 4 of 4

add. pg. 1 of 1

## "Relief"

(2) I would like to recieve proper Medical treatment in the form of tests and treatment for My chronic Illnesses and to see a specialist to find out why I continue to urinate blood, abdominal pain, etc.

(3) To have all court cost and fees paid by the Defendants ~~parties~~ or D.O.C.

(4) To recieve ten-thousand dollars in the form of Compensatory relief for pain and suffering and possible irreparable damage to my physical and Mental health.

(5) To recieve one-thousand dollars in punitive damages jointly and severally by each defendant so as to hopefully prevent them from the neglect and deliberate Indifference to others in the future.

Anthony Montecino
#391199